IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LANCE A. BRITTON,

                          Plaintiff,

v.

KLAMATH COUNTY, et al,

                         Defendants.

Case No. 1:15 CV 02086-CL

O R D E R

Magistrate Judge Clarke filed Findings and Recommendation on December 6, 2016. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections and the defendant has timely filed a response. Plaintiff also filed an objection to procedural error though not timely it was reviewed. I have, therefore, given de novo review of Magistrate Judge Clarke's rulings.

I find no error.

THEREFORE, IT IS HEREBY ORDERED that I adopt Magistrate Judge Clarke's Findings and Recommendation filed December 6, 2016 in its entirety.

Dated this 30 day of March, 2017.

Ann Aiken, United States District Judge