| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 16 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LANCE ALLEN BRITTON,

        Plaintiff-Appellant,

 v.

KLAMATH COUNTY; et al.,

        Defendants-Appellees.

No.   17-35325

D.C. No. 1:15-cv-02086-CL
District of Oregon,
Medford

ORDER

Before:  REINHARDT, CALLAHAN, and NGUYEN, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule).

    **DISMISSED.**

MF/Pro Se