IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

LANCE A. BRITTON,

    Plaintiff,

v.

KLAMATH COUNTY, et al,

    Defendants,

No. 1:15-cr-02086-CL
**ORDER**

AIKEN, District Judge.

Magistrate Judge Mark Clarke has filed his Findings and Recommendation ("F&R") (doc. 144) recommending that defendants' motion for summary judgment (doc. 93) and motion to strike (doc. 101) should be GRANTED, and plaintiff's motion for default judgment (doc. 98), motion for reconsideration (doc. 108), and five other miscellaneous motions (docs. 104, 105, 111, 129, 138) should be DENIED. The case is now before this Court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Plaintiff has filed timely objections (doc. 150) to the F&R, and defendants have filed a timely response. (doc. 151). When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); *McDonnell*

Page 1 - ORDER

*Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S. 920 (1982).

Having reviewed the entire file of this case, the Court finds no error in the F&R. Thus, the Court adopts Magistrate Judge Clarke's F&R (doc. 144) in its entirety. Defendants' motion for summary judgment and motion to strike are GRANTED. Plaintiff's motions (docs. 98, 104, 105, 108, 111, 120, 129, and 138) are DENIED for the reasons set forth in the F&R. Plaintiff's motion to open discovery (doc. 153) is denied as moot. Accordingly, this case is dismissed, with prejudice.

IT IS SO ORDERED.

Dated this 3rd day of September 2019.

_____
Ann Aiken
United States District Judge